UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
JORDAN WEXLER, on behalf of himself
and all others similarly situated,

                  Plaintiff,

     -against-


ASSOCIATED CREDIT SERVICES INC.,
                Defendant(s).
------------------------------------x

**RULE 7.1 DISCLOSURE**
**14-cv-2032**

      Defendant, ASSOCIATED CREDIT SERVICES, INC., by its attorney

ARTHUR SANDERS, ESQ., alleges that the defendant has no publicly traded

parent companies.


Dated:   New City, NY
          May 12, 2014



                          /S/ Arthur Sanders
                        ARTHUR SANDERS, ESQ. (AS1210)
                        Attorney for defendant
                        30 South Main Street
                        New City, NY  10956
                        845-499-2990