UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JORDAN WEXLER, on behalf of himself
and all others similarly situated,
        Plaintiff,                          INITIAL CASE MANAGEMENT AND
                                                           SCHEDULING ORDER

       -against-
                                                             14-CV-2032 (LDW)

ASSOCIATED CREDIT SERVICEDS6
  INC.,
        Defendant.
----------------------------------------x

A.  KATHLEEN TOMLINSON, Magistrate Judge:

I.  <u>DEADLINES AND COURT APPEARANCES</u>

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26(a) | June 16, 2014 |
| First request for production of documents and first request for interrogatories due by | July 21, 2014 |
| Responses to first request for production of documents and first set for interrogatories due by | September 3, 2014 |
| Deadline for joinder of additional parties and amendment of pleadings | September 15, 2014 |
| <u>Status Conference</u>: | November 3, 2014<br>10:00 a.m. |

II. CHECK LIST FOR THE COURT

    A. **Initial Disclosures:** Counsel confirm that the Initial Disclosures have been served:

        Plaintiff:                                  Defendant

        [x] Yes    [ ] No                [x] Yes    [ ] No

    B. **Stipulation and Order of Confidentiality:** Counsel confirm that they have consulted in good faith regarding the need for such an order.

        [x] Yes    [ ] No

    Based on ha consultation, counsel find that a Stipulation and Order of Confidentiality is:

        [ ] Needed    [x] Not needed

    C. **Electronically Stored Information ("ESI"):** Counsel confirm that they have met and conferred regarding the existence of any relevant ESI on both sides:

        [x] Yes    [ ] No

    The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

        [x] Yes    [ ] No

    Based on those discussions, counsel are advising the Court that the relevant ESI consists of:

    1. List of Class Members_____

    2. _____

    3, _____

D. <u>HIPPA Release Authorizations</u>:  Counsel confirm that such authorizations for This case are:

☐ Needed     x☐ Not Needed

SO ORDERED:

Dated: Central Islip, NY

_____
A. KATHLEEN TOMLINSON
United States Magistrate Judge